**LAW OFFICES**
**SHERMAN & HOWARD L.L.C.**
201 EAST WASHINGTON STREET, SUITE 800,
PHOENIX, ARIZONA 85004-2327
TELEPHONE: 602.240.3000
FAX: 602.240.6600
(AZ BAR FIRM NO. 00441000)

Gregory W. Falls (AZ Bar No. 011206)
(gfalls@shermanhoward.com)
Gabriel A. Peraza (AZ Bar No. 027428)
(gperaza@shermanhoward.com)
Attorneys for Plaintiff Grant Winthrop

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Grant Winthrop, | Case No. 2:17-cv-03377-DJH |
| Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| v. | |
| Maxwell & Morgan, PC, an Arizona professional corporation; Ekmark & Ekmark, LLC, an Arizona limited liability company; Curtis S. Ekmark, Kathryn Battock, Penny Koepke; John Does 1-10 and Jane Does 1-10; ABC Corporations 1-10; and XYZ Partnerships 1-10, | |
| Defendants. | |

Plaintiff Grant Winthrop ("Wintrhop") desires to replace his former counsel Michael Kielsky of Udall Shumway with Gregory W. Falls and Gabriel A. Peraza of Sherman & Howard LLC. Winthrop respectfully requests the Court to substitute counsel for him in this case as indicated.

Approved by _[signature]_          Date:  January 4th 2018
Grant Winthrop

Approved by _[signature]_          Date:  01-05-2017
Michael Kielsky, individually
and on behalf of Udall Shumway

Active/47572316.1

RESPECTFULLY SUBMITTED: January 5, 2018.

**SHERMAN & HOWARD L.L.C.**

By /s/Gabriel A. Peraza
Gregory W. Falls
Gabriel A. Peraza
*Attorneys for Plaintiff Grant Winthrop*

2

Active/47572316.1

# CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2018, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Mark Waldron
Samuel Richardson
Maxwell & Morgan, PC
4854 East Baseline Road, Suite 104
Mesa, Arizona 85206
E: mwaldron@hoalaw.biz
srichardson@hoalaw.biz
*Attorneys Maxwell & Morgan*

Donald Wilson, Jr.
Broening Oberg Woods & Wilson
P.O. Box 20527
Phoenix, Arizona 85036
E: dwj@bowwlaw.com
*Attorneys for Defendants Ekmark & Ekmark, Ekmark, Battock & Koepke*

Michael Kielsky
Udall Shumway
1138 North Alma School Road, Suite 101
Mesa, Arizona 85201
E: MK@UdallShumway.com


/s/ Diana Hanson

Active/47572316.1