**LAW OFFICES**
**SHERMAN & HOWARD L.L.C.**
201 EAST WASHINGTON STREET, SUITE 800,
PHOENIX, ARIZONA 85004-2327
TELEPHONE: 602.240.3000
FAX: 602.240.6600
(AZ BAR FIRM NO. 00441000)
Gregory W. Falls (AZ Bar No. 011206)
(gfalls@shermanhoward.com)
Gabriel A. Peraza (AZ Bar No. 027428)
(gperaza@shermanhoward.com)
Attorneys for Plaintiff Grant Winthrop

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Grant Winthrop, | Case No. 2:17-cv-03377-DJH |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| Maxwell & Morgan, PC, an Arizona professional corporation; Ekmark & Ekmark, LLC, an Arizona limited liability company; Curtis S. Ekmark, Kathryn Battock, Penny Koepke; John Does 1-10 and Jane Does 1-10; ABC Corporations 1-10; and XYZ Partnerships 1-10, | |
| Defendants. | |

Plaintiff Grant Winthrop ("Winthrop") and defendants Ekmark & Ekmark, LLC, Curtis S. Ekmark, Kathryn Battock and Penny Koepke (collectively, "Defendants") hereby notify the Court that they have reached an agreement on terms for settlement of Winthrop's claims against Defendants subject to execution of a mutually agreeable written settlement agreement. The parties are currently preparing settlement documents and a stipulation to dismiss with prejudice will be filed with the Court upon completion of the settlement documents, and performance thereunder by one or more of the parties. The parties' settlement will dispose of the entire case as to the defendants identified herein, leaving only Winthrop's claims against defendant Maxwell & Morgan, PC.

Active/47573677.1

RESPECTFULLY SUBMITTED: January 5, 2018.

**SHERMAN & HOWARD L.L.C.**

By /s/Gabriel A. Peraza
    Gregory W. Falls
    Gabriel A. Peraza
    *Attorneys for Plaintiff Grant Winthrop*

**BROENING OBERG WOODS & WILSON**

By /s/Donald Wilson, Jr. (with permission)
    Donald Wilson, Jr.
    *Attorneys for Defendants Ekmark & Ekmark, LLC, Curtis S. Ekmark, Kathryn Battock and Penny Koepke*

# CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2018, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Mark Waldron
Samuel Richardson
Maxwell & Morgan, PC
4854 East Baseline Road, Suite 104
Mesa, Arizona 85206
E: mwaldron@hoalaw.biz
srichardson@hoalaw.biz
*Attorneys Maxwell & Morgan*

Donald Wilson, Jr.
Broening Oberg Woods & Wilson
P.O. Box 20527
Phoenix, Arizona 85036
E: dwj@bowwlaw.com
*Attorneys for Defendants Ekmark & Ekmark, Ekmark, Battock & Koepke*

Michael Kielsky
Udall Shumway
1138 North Alma School Road, Suite 101
Mesa, Arizona 85201
E: MK@UdallShumway.com


/s/ Diana Hanson

3

Active/47573677.1