# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Grant Winthrop, | No. CV-17-03377-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Maxwell & Morgan PC, et al., | |
| Defendants. | |

This matter is before the Court on Plaintiff's Motion for Substitution of Counsel (Doc. 16), filed on January 5, 2018.  Plaintiff has indicated consent by signing the motion.

Pursuant to Rule 83.3 of the Local Rules of Civil Procedure,

**IT IS ORDERED** granting the motion (Doc. 16).

**IT IS FURTHER ORDERED** substituting Michael Kielsky of Udall Shumway with Gregory W. Falls and Gabriel A. Peraza of Sherman & Howard LLC as counsel of record for Plaintiff in this action.

The Clerk of the Court is kindly instructed to terminate attorney Michael Kielsky of Udall Shumway as counsel of record for Plaintiff in this action and remove his name from the electronic certificate of mailing.

Dated this 8th day of January, 2018.

Honorable Diane J. Humetewa
United States District Judge