# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Grant Winthrop,<br><br>   Plaintiff,<br><br>v.<br><br>Maxwell & Morgan PC, et al.,<br><br>   Defendants. | No. CV-17-03377-PHX-DJH<br><br>**ORDER** |

This matter is before the Court on the Notice of Settlement (Doc. 17), filed on January 5, 2018 as to Defendants Ekmark & Ekmark LLC, Curtis S. Ekmark, Kathryn Battock, and Penny Koepke.

Accordingly,

IT IS ORDERED that a Stipulation to Dismiss **as to Defendants Ekmark & Ekmark LLC, Curtis S. Ekmark, Kathryn Battock, and Penny Koepke** shall be filed on or before <u>March 5, 2018</u>.  If said Stipulation to Dismiss has not been filed by March 5, 2018, the parties shall file a Status Report to the Court on that date.

Dated this 8th day of January, 2018.

Honorable Diane J. Humetewa
United States District Judge