**LAW OFFICES**
**SHERMAN & HOWARD L.L.C.**
201 EAST WASHINGTON STREET, SUITE 800,
PHOENIX, ARIZONA 85004-2327
TELEPHONE: 602.240.3000
FAX: 602.240.6600
(AZ BAR FIRM NO. 00441000)
Gregory W. Falls (AZ Bar No. 011206)
(gfalls@shermanhoward.com)
Gabriel A. Peraza (AZ Bar No. 027428)
(gperaza@shermanhoward.com)
Attorneys for Plaintiff Grant Winthrop

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Grant Winthrop,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Maxwell & Morgan, PC, an Arizona professional corporation; Ekmark & Ekmark, LLC, an Arizona limited liability company; Curtis S. Ekmark, Kathryn Battock, Penny Koepke; John Does 1-10 and Jane Does 1-10; ABC Corporations 1-10; and XYZ Partnerships 1-10,<br><br>　　　　Defendants. | Case No. 2:17-cv-03377-DJH<br><br>**STIPULATION TO ENTRY OF ORDER OF DISMISSAL AS TO PLAINTIFF'S CLAIMS AGAINST DEFENDANT MAXWELL & MORGAN, PC** |

Plaintiff Grant Winthrop ("Winthrop"), by and through undersigned counsel, and defendant Maxwell & Morgan, PC ("M&M"), by and through undersigned counsel, hereby stipulate to the immediate entry of an Order by the Court dismissing with prejudice Winthrop's claims against M&M, with the parties agreeing to bear their own attorneys' fees and costs incurred in this matter.

Since Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, permits parties to stipulate to the dismissal of an action, as opposed to claims asserted against one party, without an order of the Court, the parties are submitting herewith a proposed Order of Dismissal as to Defendant Maxwell & Morgan, PC.

Active/47603116.1

RESPECTFULLY SUBMITTED: January 9, 2018.

**SHERMAN & HOWARD L.L.C.**

By /s/Gabriel A. Peraza
  Gregory W. Falls
  Gabriel A. Peraza
  *Attorneys for Plaintiff Grant Winthrop*

**MAXWELL & MORGAN, PC**

By /s/Samuel Richardson (with permission)
  Mark Waldron
  Samuel Richardson
  *Attorneys for Defendant Maxwell & Morgan, PC*

Active/47603116.1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2018, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Mark Waldron
Samuel Richardson
Maxwell & Morgan, PC
4854 East Baseline Road, Suite 104
Mesa, Arizona 85206
E: mwaldron@hoalaw.biz
srichardson@hoalaw.biz
*Attorneys Maxwell & Morgan*

Donald Wilson, Jr.
Broening Oberg Woods & Wilson
P.O. Box 20527
Phoenix, Arizona 85036
E: dwj@bowwlaw.com
*Attorneys for Defendants Ekmark & Ekmark, Ekmark, Battock & Koepke*

/s/ Diana Hanson

3

Active/47603116.1