# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Grant Winthrop, | No. CV-17-03377-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Maxwell & Morgan PC, et al., | |
| Defendants. | |

The Court having received the parties' Stipulation to Entry of Order of Dismissal as to Plaintiff's Claims Against Defendant Maxwell & Morgan, PC (Doc. 20),

IT IS ORDERED approving the Stipulation (Doc. 20) and dismissing this action **as to Defendant Maxwell & Morgan, PC only**, with prejudice, each party to bear its own attorneys' fees and costs.

IT IS FURTHER ORDERED directing the Clerk of Court to terminate **Defendant Maxwell & Morgan, PC only**.

IT IS FURTHER ORDERED that the Rule 16 Scheduling Conference set for January 25, 2018 is VACATED from the Court's calendar.

Dated this 10th day of January, 2018.

Honorable Diane J. Humetewa
United States District Judge